# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA
## Minute Order

### Hearing Information:

| | |
|---:|:---|
| **Debtor:** | SR REAL ESTATE HOLDINGS, LLC |
| **Case Number:** | 13-09784-PB11       **Chapter:** 11 |
| **Date / Time / Room:** | MONDAY, NOVEMBER 04, 2013 02:30 PM   DEPARTMENT 4 |
| **Bankruptcy Judge:** | PETER W. BOWIE |
| **Courtroom Clerk:** | LISA CRUZ |
| **Reporter / ECR:** | LYNETTE ALVES |

### Matters:

1) STATUS CONFERENCE ON CHAPTER 11 PETITION

2) DACA 2010L L.P., SARGENT RANCH MANGEMENT COMPANY, LLC, SR REAL ESTATE HOLDINGS, LLC, AND TERRENCE S. DALY'S MOTION FOR APPROVAL OF STIPULATION FOR RELIEF FROM STAY FOR LIMITED PURPOSE (RS# WMR-001)

3) DACA 2010L L.P. AND SARGENT RANCH MANAGEMENT COMPANY LLC'S MOTION TO DISMISS CASE WITH PREJUDICE

4) DEBTOR'S MOTION TO ESTABLISH VOTING PROCEDURES

5) DACA2010L L.P., SARGENT RANCH MANGEMENT COMPANY, LLC'S MOTION FOR RELIEF FROM STAY (RS# WMR-001)

### Appearances:

VICTOR A. VILAPLANA, ATTORNEY FOR SR REAL ESTATE HOLDINGS, LLC
MATTHEW J. RIOPELLE, ATTORNEY FOR SR REAL ESTATE HOLDINGS, LLC
WILLIAM M. RATHBONE, ATTORNEY FOR DACA 2010L L.P. AND SARGENT RANCH MANAGEMENT COMPANY
TED FATES, ATTORNEY FOR TERRENCE S. DALY, RECEIVER
JEFFREY J. GOODRICH, ATTORNEY FOR FIRST PRIORITY LENDERS
DAVID ORTIZ, ATTORNEY FOR U.S. TRUSTEE
MICHAEL BRESLAUER, ATTORNEY FOR SYCAMORE DEVELOPMENT INC.

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF CALIFORNIA
## Minute Order

(continue).. 13-09784-PB11           MONDAY, NOVEMBER 04, 2013 02:30 PM

### Disposition:

1) To be re-stored at a later date.

2) Granted.  Order to come from Mr. Rathbone.

3-5) Matters taken under submission.

Order designating case as a single asset real estate case to be prepared & lodged by Mr. Rathbone.

cc:  Molly